IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MARLON D. NICHOLSON**                                                                         **PLAINTIFF**

**vs.**                                                                         **CASE NO.: 3:16-CV-0556**

**KING AUTOMOTIVE, LLC**                                                             **DEFENDANT**

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, the Parties agree that the above-styled action of Plaintiff against Defendant shall be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Respectfully Submitted, this the 27th day of May, 2016.

    Marlon D. Nicholson, Plaintiff

    /s/ Christopher W. Espy
    Christopher W. Espy, Esq. (MSB#: 102424)
    MORGAN & MORGAN, PLLC
    188 East Capitol Street, Suite 777
    Jackson, Mississippi 39211
    Phone: 601-718-2087
    Fax:     601-718-2102
    Email: cespy@forthepeople.com
    *Attorney for Plaintiff*

    King Automotive, LLC, Defendant

    /s/ Lane Johnson

    Lane Johnson, Esq.
    JACKSON, KWELLER, MCKINNEY, HAYES, LEWIS & GARRETT
    214 Second Ave. North, Suite 103
    Nashville, TN 37201
    Phone: (615) 256-2602
    Fax:     (615) 242-5967
    Lane.Johnson@tnlaw.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, Counsel for Plaintiff, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the online CM/ECF system.

So certified, this the 27th day of May, 2016.

/s/ Christopher W. Espy_____
Christopher W. Espy, Esq., MSB # 102424